# Notice Recipients

District/Off: 0315–2  User: auto  Date Created: 6/3/2022
Case: 22–21034–CMB  Form ID: pdf900  Total: 18

**Recipients of Notice of Electronic Filing:**
ust      Office of the United States Trustee      ustpregion03.pi.ecf@usdoj.gov
tr       Ronda J. Winnecour      cmecf@chapter13trusteewdpa.com
aty      David A. Colecchia      colecchia542@comcast.net

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Jamie Lynn Haugh      934 Talon Court      Leechburg, PA 15656
cr         PRA Receivables Management, LLC      PO Box 41021      Norfolk, VA 23541
15486143   BBVA      Attn: Bankruptcy      P. O. Box 10566      Birmingham, AL 35296
15486144   Colin Haugh      934 Talon Court      Leechburg, PA 15656
15486145   Credit One Bank      Attn: Bankruptcy Department      P. O. Box 98873      Las Vegas, NV 89193
15486146   Discover Financial      Attn: Bankruptcy      P. O. Box 3025      New Albany, OH 43054
15486147   Fedloan      FedLoan Servicing      P. O. Box 69184      Harrisburg, PA 17106
15486148   Flagstar Bank      Attn: Bankruptcy      5151 Corporate Drive      Troy, MI 48098
15486149   Huntington      Attn: Bankruptcy CAS056      3 Cascade Plaza, #3      Akron, OH 44308
15486701   Pennsylvania Department of Revenue      Bankruptcy Division PO Box 280946      Harrisburg, Pa. 17128–0946
15486627   Synchrony Bank      c/o of PRA Receivables Management, LLC      PO Box 41021      Norfolk, VA 23541
15486150   Synchrony Bank/TJX      Attn: Bankruptcy      P. O. Box 965064      Orlando, FL 32896
15486151   Target Nb      C/O Financial & Retail Services      Mailstop BT      P.O. Box 9475      Minneapolis, MN 55440
15486152   Toyota Financial Services      Attn: Bankruptcy      P. O. Box 259001      Plano, TX 75025
15486153   U.S. Bankcorp      Attn: Bankruptcy      800 Nicollet Mall      Minneapolis, MN 55402

TOTAL: 15