**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**(PITTSBURGH)**

| | |
|---|---|
| IN RE:<br><br>**Jamie Lynn Haugh**<br><br>Debtor | CHAPTER 13<br><br>CASE NO.: 22-21034-CMB<br><br>RELATED DOCUMENT: 27 |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF PLAN

An Objection to Confirmation of Plan having been filed in this action by Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust M, through its servicer, Carrington Mortgage Servicing ("Movant"), by and through its counsel, Hill Wallack, LLP.,

**PLEASE TAKE NOTICE** that the Movant hereby voluntarily withdraws its Objection to Confirmation without prejudice.

HILL WALLACK, LLP

By: /s/ Elizabeth K. Holdren, Esquire
Elizabeth K. Holdren, Esq., Atty ID 78948
Hill Wallack LLP
777 Township Line Road, Suite 250
Yardley, PA  19067
215-579-7700
eholdren@hillwallack.com

Dated:  July 8, 2022

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**(PITTSBURGH)**

| | |
|---|---|
| IN RE:<br><br>**Jamie Lynn Haugh**<br><br>Debtor | CHAPTER 13<br><br>CASE NO.: 22-21034-CMB<br><br>RELATED DOCUMENT: 27 |

**CERTIFICATE OF SERVICE**

I hereby certify that service was made upon all interested parties, indicated below of the Praecipe to Withdraw Objection to Confirmation of Plan in the manner indicated below:

| | |
|---|---|
| **Jamie Lynn Haugh**<br>934 Talon Court<br>Leechburg, PA 15656<br>Debtor<br>**Via Regular Mail** | **Ronda J. Winnecour**<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Chapter 13 Trustee<br>**Via ECF** |
| **David A Colecchia, Esq.**<br>324 South Maple Avenue<br>Greensburg, PA 15601-3219<br>Debtor's Counsel<br>**Via ECF** | **United States Trustee**<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br>Counsel to the UST<br>**Via ECF** |

Respectfully submitted,

By: /s/ Elizabeth K. Holdren, Esquire
Elizabeth K. Holdren, Esq., Atty ID 78948
Hill Wallack LLP
777 Township Line Road, Suite 250
Yardley, PA 19067
215-579-7700
eholdren@hillwallack.com

Dated July 8, 2022