# PROCEEDING MEMO

**Date: 12/13/2022 10:00 am**

**In re:   Jamie Lynn Haugh**

                                                                        **Bankruptcy No. 22-21034-CMB**
                                                                        **Chapter: 13**
                                                                        **Doc. # 38**

**Appearances:  Ronda Winnecour, Justin P. Schantz, Brian C. Nicholas**

**Nature of Proceeding: #38 Objection to Claim 10 of Flagstar Bank, FSB**

**Additional Pleadings:  #41 Response by Flagstar Bank**

**OUTCOME:  Hearing held.  Attorney Nicholas to file Consent Order on or before December 27, 2022.**

                                                                        **Carlota Böhm**
                                                                        **U.S. Bankruptcy Judge**

FILED
12/14/22 8:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA