**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Jamie Lynn Haugh <br> _Debtor(s)_ <br><br> FLAGSTAR BANK <br> _Movant_ <br> vs. <br><br> Jamie Lynn Haugh <br> _Respondent_ <br><br> Ronda J. Winnecour <br> _Additional Respondent_ | NO. 22-21034 CMB <br><br> CHAPTER 13 <br><br> Related to Doc #: Claim no. 10, 38,39,41,42 , 43 <br><br> Hearing Date: 12/10/2022 |

## **CONSENT ORDER**

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Consent Order:

WHEREAS, Flagstar Bank, has filed a Proof of Claim, on the mortgage secured by Debtor's real property at 934 Talon Court Leechburg, PA 15656 (Claim No. 10);

WHEREAS, Debtor has filed an objection to the Proof of Claim (Doc.38)

WHEREAS, the parties enter into this Consent Order to the objection to the Proof of Claim, Claim No. 10.

It is therefore Stipulated and agreed as follows:

1. The Objection to the Proof of Claim, Claim No.10 is overruled.

2. Movant shall provide a payment history within the next thirty (30) days and provide a copy to Debtor's attorney and Trustee upon receipt.

Consented to by:

**/s/ Justin Schantz, Esquire**
Attorney for Debtor
David A. Colecchia and Associates
LAW CARE
PA Attorney ID 210198
324 South Maple Avenue
Greensburg, PA 15601-3219
724-837-2320
jschantz@my-lawyers.us

**/s/ Brian C. Nicholas, Esquire**
Attorney for Movant
KML Law Group, P.C.
PA Attorney ID 317240
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
bnicholas@kmllawgroup.com

On this  30th  day of  December , 2022, it is hereby ORDERED that the parties' Consent Order be and hereby is APPROVED.

By the Court,

_Carlota M. Böhm_
dmr

FILED
12/30/22 9:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21034-CMB |
| Jamie Lynn Haugh | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 30, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jamie Lynn Haugh, 934 Talon Court, Leechburg, PA 15656-9510 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FLAGSTAR BANK bnicholas@kmllawgroup.com |
| David A. Colecchia | on behalf of Debtor Jamie Lynn Haugh colecchia542@comcast.net dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us |
| Elizabeth K. Holdren | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust M eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Dec 30, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7