IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Jamie Lynn Haugh,

               Debtor,

Jamie Lynn Haugh and Ronda Winnecour,
Chapter 13 Trustee,   xxx-xx-4135
               Movants,

           v.
Family Counseling Center of Armstrong County,
               Respondent,

Bankruptcy No. 22-21034-CMB

Chapter 13
Related to Document 51,52
Document No.

Motion No. XX WO-1

**CERTIFICATE OF SERVICE OF EX-PARTE ORDER GRANTING MOTION TO ATTACH WAGES**

I represent that I served the Order Granting Motion to Attach Wages issued at Document 14 and a Form 12 on the parties at the addresses specified below or on the attached list on February 13, 2023.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: <u>First-Class mail</u>

**Family Counseling Center of Armstrong County**
**Attn.: Payroll Administrator**
**300 South Jefferson**
**Kittanning, PA 16201**

**Jamie Lynn Haugh**
**934 Talon Court**
**Leechburg, PA 15656**

EXECUTED ON: February 13, 2023

By:    <u>/s/ David A. Colecchia</u>_____
        Signature
        <u>David A. Colecchia</u>_____
        Typed Name
        <u>324 South Maple Avenue, Greensburg, PA  15601</u>_____
        Address
        <u>724-837-2320</u>_____
        Phone No.
        <u>PA ID 71830</u>_____
        List Bar I.D. and State of Admission

**PAWB Local Form 7 (07/13)**