**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**(PITTSBURGH)**

| | |
|---|---|
| IN RE:<br><br>**Jamie Lynn Haugh**<br><br>Debtor | CHAPTER 13<br><br>CASE NO.: 22-21034-CMB<br><br>RELATED DOCUMENT: Supplement to Court Claim no. 14 |

### PRAECIPE TO WITHDRAW NOTICE OF POST PETITION MORTGAGE FEES

A Notice of Post Petition Mortgage Fees having been filed in this action by, Carrington Mortgage Servicing ("Movant") as a supplement to Court claim no. 14 on January 27, 2023 in the total amount of $1,200.00, by and through its counsel, Hill Wallack, LLP.

**PLEASE TAKE NOTICE** that the Movant hereby voluntarily withdraws its Notice of Post Petition Mortgage Fees filed on January 27, 2023 in the total amount of $1,200.00 without prejudice.

HILL WALLACK, LLP

By: /s/ Elizabeth K. Holdren, Esquire
Elizabeth K. Holdren, Esq., Atty ID 78948
Hill Wallack LLP
777 Township Line Road, Suite 250
Yardley, PA  19067
215-579-7700
eholdren@hillwallack.com

Dated:  March 9, 2023

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### (PITTSBURGH)

| | |
|---|---|
| IN RE:<br><br>**Jamie Lynn Haugh**<br><br>Debtor | CHAPTER 13<br><br>CASE NO.: 22-21034-CMB<br><br>RELATED DOCUMENT: Supplement to Court Claim no. 14 |

### CERTIFICATE OF SERVICE

I hereby certify that service was made upon all interested parties, indicated below of the Praecipe to Withdraw Notice of Post Petition Mortgage Fees, Expenses, and Charges in the manner indicated below:

**Jamie Lynn Haugh**
934 Talon Court
Leechburg, PA 15656
Debtor
**Via Regular Mail**

**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Chapter 13 Trustee
**Via ECF**

**David A Colecchia, Esq.**
324 South Maple Avenue
Greensburg, PA 15601-3219
Debtor's Counsel
**Via ECF**

**United States Trustee**
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
Counsel to the UST
**Via ECF**

Respectfully submitted,

By: /s/ Elizabeth K. Holdren, Esquire
Elizabeth K. Holdren, Esq., Atty ID 78948
Hill Wallack LLP
777 Township Line Road, Suite 250
Yardley, PA  19067
215-579-7700
eholdren@hillwallack.com

Dated  March 9, 2023