IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE:  Jamie Lynn Haugh<br>　　　　　Debtor, | Case No. 22-21034-CMB<br>Chapter 13 |
| Jamie Lynn Haugh,<br><br>　　　　　Movant,<br>　V.<br><br>Ronda J. Winnecour, Chapter 13 Trustee,<br><br>　　　　　Respondent, | Docket Document No. 64<br>Related to Docket Document 63 |

**CORRECTED PLAN DATE RE: SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING
STIPULATED ORDER MODIFYING PLAN**

The undersigned hereby certifies that agreement has been reached with the Movants and Respondent concerning modification of the Debtor's Chapter 13 Plan filed June 2, 2022.

The signature requirements of W.Pa.L.B.R. 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

No other Order has been entered pertaining to the subject matter of this agreement.


Dated:   July 3, 2024

By: /s/David A. Colecchia
David A. Colecchia, Esq.
David A. Colecchia and Associates
324 South Maple Ave.
Greensburg, PA 15601-3219
724-837-2320
PA I.D. 71830
colecchia542@comcast.net