**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**
**Jamie Lynn Haugh**                                    **Case No. 22-21034-CMB**

**Chapter 13**

**Debtor(s).**
_____

**AMENDED STIPULATED ORDER MODIFYING PLAN**

    **WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❏    a motion to dismiss case or certificate of default requesting dismissal

❏    a plan modification sought by: _____

❏    a motion to lift stay
    as to creditor   _____

X    Other:   A pending Notice of Mortgage Payment Change

    **WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

    **IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

    X  Chapter 13 Plan dated 6/2/2022
    ❏ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

    X    Debtor(s) Plan payments shall be changed from $ 2,227 to
        $ 2,340  per month, effective July 2024; and/or the Plan term shall be changed
        from ___ months to ____ months.

  ❏  In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

  ❏  Debtor(s) shall file and serve _____ on or before _____.

  ❏  If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

  ❏  If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

  X  Other: **Debtor shall continue to make payments through TFSBillPay, and shall be responsible for modifying payments in compliance with this Order. Carrington Mortgage Services Claim 14 governs with all payment change notices of record**

  **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

  **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

[04/22]     -2-

**SO ORDERED**, this  9th  day of   July  , 2024

Dated:   July 9, 2024

_Carlota M. Böhm_  **dmr**
United States Bankruptcy Judge

Stipulated by:                              Stipulated by:

/s/ David A. Colecchia                      /s/ James C. Warmbrodt
Counsel to Debtor                           Counsel to Chapter 13 Trustee

FILED
7/9/24 8:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 22-21034-CMB
Jamie Lynn Haugh Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Jul 09, 2024      Form ID: pdf900      Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jamie Lynn Haugh, 934 Talon Court, Leechburg, PA 15656-9510 |
| cr | + | Wilmington Savings Fund Society, FSB, as trustee o, Hill Wallack LLP, 21 Roszel Road, P.O. Box 5226, Princeton, NJ 08543-5226 |
| 15486144 | + | Colin Haugh, 934 Talon Court, Leechburg, PA 15656-9510 |
| 15486147 | + | Fedloan, FedLoan Servicing, P. O. Box 69184, Harrisburg, PA 17106-9184 |
| 15489417 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 09 2024 23:43:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 09 2024 23:32:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 09 2024 23:32:00 | Toyota Motor Credit Corporation, PO Box 8026, Cedar Rapids, IA 52408-8026, UNITED STATES 52408-8026 |
| 15503272 | | Email/Text: BKBCNMAIL@carringtonms.com | Jul 09 2024 23:32:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 15486145 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 09 2024 23:43:10 | Credit One Bank, Attn: Bankruptcy Department, P. O. Box 98873, Las Vegas, NV 89193-8873 |
| 15487625 | | Email/Text: mrdiscen@discover.com | Jul 09 2024 23:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15486146 | + | Email/Text: mrdiscen@discover.com | Jul 09 2024 23:32:00 | Discover Financial, Attn: Bankruptcy, P. O. Box 3025, New Albany, OH 43054-3025 |
| 15496435 | | Email/Text: cashiering-administrationservices@flagstar.com | Jul 09 2024 23:33:00 | Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 15486148 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jul 09 2024 23:33:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15486149 | + | Email/Text: bankruptcy@huntington.com | Jul 09 2024 23:33:00 | Huntington, Attn: Bankruptcy CAS056, 3 Cascade Plaza, #3, Akron, OH 44308-1124 |
| 15495463 | + | Email/Text: RASEBN@raslg.com | Jul 09 2024 23:32:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15497054 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 09 2024 23:43:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 09, 2024 | Form ID: pdf900 | Total Noticed: 28 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15495418 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 09 2024 23:32:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15486143 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 09 2024 23:32:00 | BBVA, Attn: Bankruptcy, P. O. Box 10566, Birmingham, AL 35296 |
| 15486701 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 09 2024 23:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15486627 | ^ | MEBN | Jul 09 2024 23:30:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15486150 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 09 2024 23:43:14 | Synchrony Bank/TJX, Attn: Bankruptcy, P. O. Box 965064, Orlando, FL 32896-5064 |
| 15500983 | + | Email/Text: bncmail@w-legal.com | Jul 09 2024 23:33:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15486151 | + | Email/Text: bncmail@w-legal.com | Jul 09 2024 23:32:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT, P.O. Box 9475, Minneapolis, MN 55440-9475 |
| 15487697 | + | Email/Text: bankruptcy@huntington.com | Jul 09 2024 23:33:00 | The Huntington National Bank, P O Box 89424, OPC856, Cleveland OH 44101-6424 |
| 15486152 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 09 2024 23:32:00 | Toyota Financial Services, Attn: Bankruptcy, P. O. Box 259001, Plano, TX 75025-9001 |
| 15492723 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 09 2024 23:32:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15486153 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 09 2024 23:33:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FLAGSTAR BANK |
| cr | | Toyota Motor Credit Corporation |
| cr | *P++ | CARRINGTON MORTGAGE SERVICE LLC, 1600 S DOUGLAS RD SUITE 110, ANAHEIM CA 92806-5951, address filed with court:, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 15492725 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2024          Signature:          /s/Gustava Winters

Case 22-21034-CMB   Doc 69   Filed 07/11/24   Entered 07/12/24 00:28:28   Desc Imaged
Certificate of Notice   Page 6 of 6

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jul 09, 2024 | Form ID: pdf900 | Total Noticed: 28 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David A. Colecchia | on behalf of Debtor Jamie Lynn Haugh colecchia542@comcast.net dcolecchia@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;lawcareecf@gmail.com;schantz.justinp.r133647@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor FLAGSTAR BANK dcarlon@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust M eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com |
| Elizabeth K. Holdren | on behalf of Creditor Carrington Mortgage Services LLC eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8