UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jamie Lynn Haugh, | No. 22-21034 CMB |
| Debtor, | Related to: *doc* |
| | Document No.    70 |
| | Claim No. 14 |

## DEBTOR'S DECLARATION TO THE NOTICE OF MORTGAGE PAYMENT CHANGE FILED BY CARRINGTON MORTGAGE

Now comes the Debtor Jamie Haugh who files the within response to the notice of mortgage payment change filed by Carrington mortgage on May 30, 2024.

1) This is a notice of mortgage payment change filed by Carrington Mortgage for a property located at 615 Paulownia Drive, Leechburg, PA.

2) This mortgage payment change does not change the Plan as the Debtor is not paying this clam.  Rather, the Debtor's ex-husband is paying the claim of Carrington Mortgage outside the Plan.

3) As a result, the Debtor has no objection to the notice of mortgage payment change.  The Plan is adequately funded.

Respectfully submitted,

/s/David A. Colecchia, Esquire
Attorney for the Debtor Jamie Lynn Haugh

David A. Colecchia, and Associates
LAW CARE
324 South Maple Ave.
Greensburg, PA 15601
(724)-837-2320
(724)-837-0602(fax)

colecchia542@comcast.net