**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JAMIE LYNN HAUGH | Case No. 22-21034CMB |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| US DEPARTMENT OF EDUCATION/MOHELA++ | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> THE CREDITOR'S MAIL HAS BEEN RETURNED BY THE POSTAL SERVICE AS UNDELIVERABLE.  NO CHANGE OF ADDRESS OR AMENDED CLAIM HAVE BEEN FILED.

| | |
|---|---|
| US DEPARTMENT OF EDUCATION/MOHELA++<br>PO BOX 790453<br>ST LOUIS, MO 63179 | Court claim# 4-2/Trustee CID# 8 |

The Movant further certifies that on 06/24/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
JAMIE LYNN HAUGH, 934 TALON COURT, LEECHBURG, PA  15656

DEBTOR'S COUNSEL:
DAVID A COLECCHIA ESQ, LAW CARE, 324 S MAPLE AVE, GREENSBURG, PA  15601

ORIGINAL CREDITOR'S COUNSEL:
JILL LOCNIKAR, ASSISTANT US ATTORNEY, US POST OFFICE & COURTHOUSE STE 4000, 700 GRANT ST, PITTSBURGH, PA  15219

:
DEPARTMENT OF EDUCATION/MOHELA, 633 SPIRIT DR, CHESTERFIELD, MO  63005

ORIGINAL CREDITOR:
US DEPARTMENT OF EDUCATION/MOHELA++, PO BOX 790453, ST LOUIS, MO  63179

NEW CREDITOR: