

October 8th, 2025

U.S.Bankruptcy Court
Western District of Pennsylvania
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Please find enclosed a Satisfaction of Claim form for Jamie L Haugh.

Phone 888.866.4352 Fax 866.222.7060  TDD Dial 711  7A-9P M-Th, 7A-5P F CT

Correspondence: 633 Spirit Drive, Chesterfield, MO 63005-1243

Payment: Department of Education – MOHELA, PO Box 790453, St. Louis, MO 63179

mohela.com   fb.com/MOHELA.usa   @MOHELA

# UNITED STATES BANKRUPTCY COURT
## Western District of Pennsylvania

In re:                                                                     Case No. 22-21034
                                                                                           Chapter 13

Jamie L Haugh       Debtor.                                Hon. Judge Carlota M Bohm

_____/

## SATISFACTION OF PROOF OF CLAIM NO. 4
## FILED BY THE UNITED STATES DEPARTMENT OF EDUCATION

The United States Department of Education, hereby states that the student loan debts identified on the Court's Claim Register as Claim No. 4, is hereby satisfied. Paid in Full thru Post-Petition Consolidation.

Dated: October 8th, 2025

*/s/ Stacey Listol*

Creditor name and address
US Department of Education/MOHELA
633 Spirit Drive
Chesterfield MO 63005