IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Jamie Lynn Haugh,<br><br>                    Debtor,<br><br>Jamie Lynn Haugh and Ronda Winnecour,<br>Chapter 13 Trustee,<br><br>                    Movants,<br><br>               v.<br><br>Family Counseling Center of Armstrong County,<br>                    Respondent, | Bankruptcy No. 22-21034-CMB<br><br>Chapter 13<br>Related to Document No. 86<br>Document No. 87<br><br>Amended Motion No. XX WO-2 |

## CERTIFICATE OF SERVICE OF SECOND AMENDED EX PARTE MOTION FOR ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The undersigned respectfully represents that on November 24, 2025 I served by prepaid United State First Class Mail a copy of the executed wage attachment order filed at Document 86, a copy of Form 12 and this COS on the following:

    Family Counseling Center of Armstrong County
    300 South Jefferson Street
    Kittanning, PA 16201

|  |  |
|---|---|
| November 24, 2025 |  /s/David A. Colecchia<br>David A. Colecchia, Esquire<br>PA. I.D. No 71830<br>David A. Colecchia and Associates<br>LAW CARE<br>324 South Maple Ave.<br>Greensburg, PA 15601<br>(724)-837-2320<br>(724)-837-0602-fax<br>colecchia542@comcast.net |