**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In Re:<br><br>Jamie Lynn Haugh<br><br>Debtor(s) | Case No.: 22-21034-CMB<br><br>Chapter 13 |

### NOTICE OF CREDITOR'S ADDRESS CHANGE

PLEASE TAKE NOTICE that the address of the Carrington Mortgage Services, LLC (Secured Creditor) (Claim No. 14) has changed for both notices and payments.

The old address was:

    Carrington Mortgage Services, LLC

    1600 S. Douglass Road, Suites 110 & 200-A

    Anaheim, CA 92806

The new address is:

    Carrington Mortgage Services, LLC

    500 N. State College Blvd., Suites 1030, 1300 and 1400

    Orange, CA 92868

Please update your records accordingly.

Dated: 1/26/2026          **Liepold Harrison & Associates PLLC**

                                                   */s/ Tawakoni Hill*
                                                   Tawakoni Hill
                                                   370 W. Las Colinas Blvd., Ste. 220
                                                   Irving, TX 75039
                                                   e. PCNinquiries@lha-law.com
                                                   Authorized Representative of Secured Creditor