UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In RE:  Jamie Lynn Haugh,

                Debtor,

Jamie Lynn Haugh,

                Movant,

       v.

Pennsylvania Department of Revenue, Discover
Bank, The Huntingdon National Bank, U.S.
Department of Education, Toyota Motor Credit
Corporation, PNC Bank, N.A., JPMorgan Chase
Bank, N.A., Nationstar Mortgage LLC, LVNV
Funding LLC, TF Bank USA, N.A., Carrington
Mortgage Services, LLC, and Ronda Winnecour,
Chapter 13 Trustee

                Respondents

Case No: 22-21034-CMB
Chapter 13

Related to:  Document No. 93

## ORDER OF COURT

AND NOW, to wit, this _____29th_____ day of _____June_____, 2026,

the Debtor represents that she needs to apply for a Parent PLUS student loan for her children.  In

order for her children to apply for additional loan funding, the Debtor must apply for, and be denied

for, such financing.  Furthermore, even if the Debtor is approved for such financing, the Debtor

does not seek to have financing handled as an administrative claim, and the previously confirmed

Plan provides for a 0% payment to unsecured creditors such that obtaining additional financing

would not affect Plan funding.  Finally, such student loans are presumably non-dischargable, so

the creditor would also not be prejudiced by such financing.  After discussion between the Debtor

and the chapter 13 Trustee, both the Debtor and Trustee have agreed to appropriate terms and

conditions for such financing.

This Court also finds the Debtor is authorized to obtain financing, with court

permission, pursuant to 11 USC §§105 and 364.

Therefore, based on the representations of Debtor and the consent of the Chapter 13 Trustee, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. Debtor is authorized to obtain financing for parent PLUS loans, **not to exceed $60,000**

2. To the extent that Debtors secure financing, the Debtor shall file a Report of Financing.

3. If the Debtor is denied for financing, the Debtor shall file a Status Report indicating accordingly.

4. Notwithstanding the inclusion of the post-petition loan within an amended chapter 13 plan, the underlying terms of the loan shall not be modified absent the consent of the party providing post-petition financing, as identified in the report of financing.

5. The debtor shall serve copies of this *Order* on all creditors eligible to receive distributions through the chapter 13 plan and file proof of the same with the Court.

SIGNED
6/29/26 10:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
United States Bankruptcy Judge

CONSENTED TO BY:

/s/ David A. Colecchia
David A. Colecchia, Esq.
Counsel for the Debtor

/s/ Kate DeSimone
Kate DeSimone, Esq.
Office of the Chapter 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 22-21034-CMB

Jamie Lynn Haugh                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 29, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jamie Lynn Haugh, 934 Talon Court, Leechburg, PA 15656-9510 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2026                          Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Defendant Mohela blemon@bernsteinlaw.com  aepiscopo@bernsteinlaw.com;agilbert@bernsteinlaw.com |
| David A. Colecchia | on behalf of Debtor Jamie Lynn Haugh colecchia542@comcast.net dcolecchia@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;lawcareecf@gmail.com;schantz.justinp.r133647@notify.bestcase.com |
| David A. Colecchia | on behalf of Plaintiff Jamie Lynn Haugh colecchia542@comcast.net dcolecchia@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;lawcareecf@gmail.com;schantz.justinp.r133647@notify.bestcase.com |
| Elizabeth K. Holdren | on behalf of Creditor Carrington Mortgage Services  LLC eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com |
| Elizabeth K. Holdren |  |

District/off: 0315-2                                 User: auto                                          Page 2 of 2

Date Rcvd: Jun 29, 2026                             Form ID: pdf900                                Total Noticed: 1

                on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust M
                eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com

Jeffrey Hunt
                on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Jill Locnikar
                on behalf of Defendant United States Department of Education jill.locnikar@usdoj.gov
                patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;namrata.pallat@usdoj.gov

Keri P. Ebeck
                on behalf of Creditor Toyota Motor Credit Corporation kebeck@metzlewis.com  btemple@metzlewis.com

Matthew Fissel
                on behalf of Creditor FLAGSTAR BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com


TOTAL: 11